AO 450 (Rev. 5/85)   Judgment in a Civil Case   ⊕

# United States District Court

——————— DISTRICT OF ———————   NEVADA

GEORGE P. GENTNER,

       Plaintiff,

             V.

SHELBY E. CECIL, et al.,

       Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:   CV CR-N-02-456-ECR  (VPC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

That judgment is hereby entered in favor of defendants, and against plaintiff, pursuant to the stipulation of the parties, filed July 22, 2004.

|  |  |
|---|---|
| _____July 22, 2004_____ | _____LANCE S. WILSON_____ |
| Date | Clerk |
|  | _Colleen Larsen_ |
|  | *(By) Deputy Clerk* |