FRANK H. ROBERTS, ESQ.
Nevada State Bar No. 914
648 Lander Street
Reno, Nevada 89509
(775) 329-4041

Attorney for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE P. GENTNER, | Case No. CV-N-02-0456-ECR (VPC) |
| Plaintiff, | |
| v. | |
| SHELBY E. CECIL, individually an in his official capacity as Water Master for the Truckee Carson Irrigation District CHUCK VINCENT, individually and in his official capacity as Water Conservation Coordinator of the Truckee Carson Irrigation District, W. CHRISTOPHER CECIL individually and in his Official Capacity as Ditch Rider of the Truckee Carson Irrigation District, KELLY CECIL, individually as a employee of the Truckee Carson Irrigation District, TRUCKEE CARSON IRRIGATION DISTRICT, a political subdivision of the State of Nevada | **NOTICE OF ENTRY OF JUDGMENT** |
| Defendants. | |

To Plaintiff, GEORGE P. GENTNER and JAMES ANDRE BOLES, his attorney of record; please take notice the Court entered Judgement in this matter on July 22, 2004. A copy of said

///
///
///
///
///

Law Offices of
**Frank H. Roberts**
648 Lander Street
Reno, Nevada 89509
(775) 329-4041

1 Judgement is attached to this notice and served upon you.

2

3 Dated this 2nd day of August 2004.

4

5           FRANK H. ROBERTS, P.C.
          Attorney for Defendants
6           648 Lander Street
          Reno, Nevada 89509

7

8

9

10           By _____
              FRANK H. ROBERTS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of Frank H. Roberts, Esq., and that on the ⎯2nd⎯ day of August, 2004, I deposited with Reno Carson Messenger Service, Reno, Nevada, a true and correct copy of the within document addressed as follows:

James Andre Boles, Esq.
618 South Center Street
Reno, Nevada 89501

Rob Dotson
Laxalt & Nomura
50 W. Liberty Street, Ste. 700
Reno, Nevada 89509

_____
Valerie N. Roberts

AC 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

_____ DISTRICT OF _____ NEVADA _____

GEORGE P. GENTNER,
    Plaintiff,

## JUDGMENT IN A CIVIL CASE

V.

SHELBY E. CECIL, et al.,
    Defendants.

CASE NUMBER: CV-N-02-456-ECR (VPC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That judgment is hereby entered in favor of defendants, and against plaintiff, pursuant to the stipulation of the parties, filed July 22, 2004.



July 22, 2004

Date

LANCE S. WILSON

Clerk

Colleen Larsen

(By) Deputy Clerk