1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BEFORE THE HONORABLE EDWARD C. REED, JR., DISTRICT JUDGE

---oOo---

FILED COPY

04 OCT 25 PH 1:17

LANCE S. WILSON

BY_____
DEPUTY

GEORGE P. GENTNER,          )
                            )
            PLAINTIFFS,     )   NO. CV-N-02-456-ECR(VPC)
                            )
        -VS-                )   JUNE 18, 2004
                            )
SHELBY E. CECIL, ET AL.,    )   RENO, NEVADA
                            )
            DEFENDANTS.     )
                            )
_____)


            DECISION OF THE COURT RE SUMMARY JUDGMENT


APPEARANCES:

FOR THE PLAINTIFF:          JAMES A. BOLES, ESQUIRE
BY TELEPHONE                RENO, NEVADA


FOR THE DEFENDANT:          FRANK ROBERTS, ESQUIRE
                            RENO, NEVADA


                            ROBERT DOTSON, ESQUIRE
                            RENO, NEVADA


REPORTED BY:                CATHY M. WORKEN, CCR, RPR
                            OFFICIAL COURT REPORTER
                            400 SOUTH VIRGINIA STREET
                            RENO, NEVADA 89501
                            (775) 324-6777

                COMPUTER-ASSISTED TRANSCRIPTION